**Robert LEE, Plaintiff—Appellant,**

v.

**DEMOCRATIC NATIONAL COMMITTEE; International Brotherhood of Electrical Workers; Republican National Committee; National Electrical Contractors Association, Defendants—Appellees.**

No. 04–1794.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2005.

Decided Feb. 14, 2005.

Robert Lee, Appellant pro se. Amanda Slater La Forge, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Robert Lee appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Lee's motion for injunctive relief pending appeal and affirm on the reasoning of the district court. *See Lee v. Democratic Nat'l Comm.,* No. CA–04–621–1–LMB (E.D.Va. June 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*